IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DAVID PAULSON,**                               **07-CV-257-AC**

        **Plaintiff,**                          **JUDGMENT**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

        **Defendant.**

    Based on the Court's Opinion and Order (#__) issued August 22, 2008, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 22nd day of August, 2008.

                                    /s/ Anna J. Brown
                                  ANNA J. BROWN
                                  United States District Judge

1 - JUDGMENT